# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY D. BEATLEY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BUREAU OF CUSTOMS AND BORDER PROTECTION, et al.<br><br>        Defendants. | Civil Action No. 15-1234<br><br>CIVIL ACTION |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Gregory Beatley and Jason Woody hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

                                              Respectfully submitted,

                                              **/s/ Edgar James**
                                              Edgar James - D.C. Bar No. 333013
                                              Darin M. Dalmat – D.C. Bar No. 978922
                                              Alice C. Hwang – D.C. Bar No. 1010190
                                              James & Hoffman, P.C.
                                              1130 Connecticut Ave., NW, Suite 950
                                              Washington, D.C. 20036
                                              (202) 496-0500
                                              ejames@jamhoff.com
                                              dmdalmat@jamhoff.com
                                              achwang@jamhoff.com

                                        Linda Lipsett - D.C. Bar No. 383671
                                        Bernstein & Lipsett
                                        1130 Connecticut Ave., NW, Suite 950
                                        Washington, D.C. 20036
                                        (202) 296-1798
                                        chouse@bernstein-lipsett.com

                                        *Attorneys for Plaintiffs*

Dated:  January 11, 2016